Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0959

Monica Caudle v. 101 LLC (Appeal from Etowah Circuit Court: CV-23-13).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(C), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.